UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DAVID WAY,                                          :
                          Plaintiff,                :
                                                    :          **ORDER**
v.                                                  :
                                                    :          23-CV-08800 (PMH)
CODY VETTER and THOMAS ARANDA,                      :
                                                    :
                          Defendants.               :
                                                    :
------------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

On October 6, 2023, David Way ("Plaintiff") commenced the instant action against Cody Vetter and Thomas Aranda ("Defendants"). (Doc. 1).

On October 10, 2023, the Clerk of Court issued summonses as to Defendants. (Docs. 5-6). Plaintiff filed affidavits of service as to Defendants on December 1 and 6, 2023. (Docs. 7-8). Defendants did not answer or otherwise respond to the Complaint. There has been no activity on the docket since the filing of the affidavits of service.

Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by February 28, 2024. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED:

Dated: White Plains, New York
          January 31, 2024

_____
Hon. Philip M. Halpern
United States District Judge