STATE
OFFICE OF THE

LETITIA JAMES
ATTORNEY GENERAL

Application granted. The initial pretrial conference scheduled for April 23, 2024 is adjourned to May 8, 2024 at 10:30 a.m.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 15.

SO ORDERED.

_____

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
          April 1, 2024

Mar

**BY ECF**
Hon. Philip M. Halpern
United States District Court,
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

Re:     _Way v. Vetter, et al.,_ 23-CV-8800 (PMH)

Dear Judge Halpern:

This Office represents Defendants Cody Vetter and Thomas Aranda in the above-referenced action. I write, with Plaintiff Counsel's consent, to respectfully request an adjournment of the Initial Case Conference, currently scheduled for April 23, 2024. (Dkt. No. 14).

The basis for this request is that, following the Court's Order dated March 5, 2024 (Dkt. No. 14), I received military orders and will be away from the Office from April 21, 2024 through April 27, 2024. As I am the sole Assistant assigned to this case, I respectfully request the Conference be adjourned to a date after April 27, 2024 that is convenient to the Court.

This is the first request for an adjournment of the Initial Case Conference. We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Ian Ramage
IAN RAMAGE
Assistant Attorney General
New York Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8659
Ian.ramage@ag.ny.gov