UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DAVID WAY,

                    Plaintiff,

        -against-

CODY VETTER and THOMAS ARANDA,

                    Defendants.
----------------------------------------------------------X

**ORDER**

23-CV-08800 (PMH)

PHILIP M. HALPERN, United States District Judge:

        The Court is in receipt of the parties' joint pretrial materials filed on January 17, 2025 (Docs. 22-26) as well as Defendants' motion *in limine* (Docs. 27-29). Accordingly, a pretrial conference is scheduled in this matter for **February 4, 2025 at 10:00 a.m.** in a courtroom to be determined at the White Plains courthouse located at 300 Quarropas Street, White Plains, New York 10601.

        Moreover, the parties are hereby notified that this matter will proceed to trial on **February 18, 2025**. All parties and counsel shall appear on that date at 9:00 a.m. in a courtroom to be determined at the White Plains courthouse. The parties are directed to immediately notify the Court if they have reached a settlement.

Dated: White Plains, New York
       January 21, 2025

SO ORDERED:

_____
Philip M. Halpern
United States District Judge