UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAVID WAY,

                       Plaintiff,

        -against-                          **<u>ORDER</u>**

CODY VETTER and THOMAS ARANDA,      23-CV-08800 (PMH)

                      Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Counsel for all parties appeared for an in-person pretrial conference on February 4, 2025. As discussed on the record, the Court granted Plaintiff's request (Doc. 31) to adjourn trial from February 18, 2025 to **<u>March 24, 2025</u>**. Additionally, for the reasons set forth on the record, Defendants' motion *in limine* (Doc. 27) is GRANTED.

      As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed Joint Pretrial Order and file, by **<u>February 17, 2025</u>**, a revised proposed Joint Pretrial Order.

2. The Court directed the parties to, by **<u>February 17, 2025</u>**, meet and confer regarding the hearsay objection to Defendants' proposed Exhibit No. 2 and, to the extent the objection is not withdrawn, to each submit one case in support of their position.

3. The Court denied the parties' proposed *Voir Dire* Question Nos. 12, 30-33, and 46. The remaining proposed questions were granted or granted in substance. The parties shall review the proposed *Voir Dire* Questionnaire Form provided by the Court during the conference and file, by **<u>February 17, 2025</u>**, a joint letter informing the Court as to any objections or additions thereto.

4. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **<u>February 17, 2025</u>**, a revised proposed Verdict Sheet.

5. The parties shall meet and confer regarding changes to the proposed Jury Instructions and file, by **<u>February 17, 2025</u>**, revised proposed Jury Instructions.

6. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers e-mail.

7. The parties shall, by **February 17, 2025**, produce to the Court three exhibit binders containing the parties' exhibits and an index listing the content of the binders.

See Transcript.

The Clerk of Court is respectfully directed to terminate the motion sequences pending at Doc. 27 and Doc. 31.

Dated: White Plains, New York
       February 4, 2025

SO ORDERED:

_____
Philip M. Halpern
United States District Judge