**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DAVID WAY,

                Plaintiff,                              23 **CIVIL** 8800 (PMH)

      -against-                                    **JUDGMENT**

CODY VETTER and THOMAS ARANDA,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Philip M. Halpern, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:** White Plains, New York
              March 27, 2025

**TAMMI M. HELLWIG**
Clerk of Court

**So Ordered:**

_____
U.S.D.J.

BY: _____
Deputy Clerk